## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: January 20, 2012
Court Reporter: Janet Coppock                  Time: 48 minutes
Probation Officer: Jan Woll                     Interpreter: n/a

---

## CASE NO.  10-CR-00326-PAB-14

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  Kasandra Carleton
                                               MJ Menendez
                                               Special Agent Shane Abraham


           Plaintiff,


vs.


**14. FREDDIE KINZIE-GARCIA,**                 Ronald Gainor




           Defendant.

---

### SENTENCING

---

**11:02 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00326-PAB-14
January 20, 2012

Court addresses defendant's objections to the presentence investigation report.

Argument by Mr. Gainor.  Questions by the Court.

Argument by Ms. Menendez.

Court states its findings and conclusions.

**ORDERED:** Defendant's objections to the presentence investigation report are **OVERRULED.**

Comments by Ms. Menendez in support of Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and in response to the Court's questions.

Comments by Mr. Gainor.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc #1964), filed 1/19/12 is **GRANTED.**

Mr. Gainor addresses sentencing.

Ms. Menendez addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **October 4, 2011** to count **One of the Information.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **time served.**

Court RECOMMENDS that defendant receive credit for **time served** in custody.

Page Three
10-CR-00326-PAB-14
January 20, 2012

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

**ORDERED:** **Conditions** of Supervised Release that:

(**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

(**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

() Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:

(**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the     presentence report to the treatment agency for continuity of treatment.

(**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his/her prescribed medications is maintained.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Page Four
10-CR-00326-PAB-14
January 20, 2012

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Government's Motion to Dismiss Counts One Hundred Twenty-One and One
Hundred Twenty-Two the First Superseding Indictment (Doc #1966), filed
1/19/12  is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed
within 10 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of
Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11:50 a.m.    COURT IN RECESS**

**Total in court time:        48 minutes**

**Hearing concluded**